**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01282-REB-MEH

WAYNE D. DABERKOW,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

**MINUTE ORDER**[1]

---

    This matter is before me on the **Plaintiff's Unopposed Motion to Vacate Trial Date and Stay Proceedings** [#53], filed July 13, 2007.  The plaintiff died on June 28, 2007.  Counsel for the plaintiff anticipates the appointment of a personal representative for the plaintiff's estate, and the substitution of the personal representative as the plaintiff in this case.  Plaintiff's counsel also anticipates the filing of a wrongful death action by the plaintiff's family, and the consolidation of that case with the above-captioned case.  To ensure that the actions contemplated by plaintiff's counsel are accomplished expeditiously, I respectfully direct Magistrate Judge Hegarty to conduct a supplemental scheduling conference and to issue a supplemental scheduling order concerning these matters.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Plaintiff's Unopposed Motion to Vacate Trial Date and Stay Proceedings** [#53], filed July 13, 2007, is granted on the terms stated in this order;

    2.  That Magistrate Judge Hegarty respectfully is directed to conduct a supplemental scheduling conference, and to issue a supplemental scheduling order, setting reasonable deadlines for the substitution of a personal representative as the plaintiff in this case, and for the filing of a motion to consolidate any wrongful death action filed by the plaintiff's family with the above-captioned case;

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

3.  That the trial, currently set for August 6, 2007, at 9:00 a.m., and the trial preparation conference, currently set for August 3, 2007, at 9:00 a.m. are both **VACATED**; and

4.  That otherwise this case is **STAYED** pending the appointment of a personal representative for the plaintiff's estate, and the substitution of the personal representative as the plaintiff in this case.

Dated:  July 17, 2007