**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01282-REB-MEH
(Consolidated with 07-cv-02477-REB-MEH)

URSULA DABERKOW, Individually and as Personal Representative of the Estate of
WAYNE D. DABERKOW, deceased,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER APPROVING
## FINAL PRETRIAL ORDER

**Blackburn, J.**

    The matter before me is the proposed **Final Pretrial Order** [#81] submitted September 24, 2008.[1] In the interests of justice, I approve and enter the order effective as of the date of its submission.

    The chronology of relevant events is as follows. The first final pretrial conference was conducted on June 26, 2007, in anticipation of a nonjury trial set to commence August 6, 2007. Accordingly, the first **Final Pretrial Order** [#45] was entered June 27, 2007. However, one day later on June 28, 2007, the quondam plaintiff, Wayne D. Daberkow, died of recurrent metastatic colon cancer. By **Minute Order** [#59] entered September 5, 2007, Ursula Daberkow, Personal Representative of the Estate of Wayne

---

[1] I reviewed the proposed final pretrial order when it was submitted on September 24, 2008.

D. Daberkow, Deceased, was substituted as the plaintiff. On November 29, 2007, Ursula D. Daberkow filed her **Complaint** [#1], commencing civil action number 07-cv-02477-REB-MEH, entitled "Ursula D. Daberkow, Plaintiff, vs, United States of America, Defendant." On December 18, 2007, I entered an **Order Granting Motion To Consolidate** [#63], granting the parties' **Joint Motion To Consolidate** [#62] and consolidating 07-cv-02477-MSK-CBS with 06-cv-01282-REB-MEH. By **Minute Order** [#68] entered January 24, 2008, nonjury trial was set to commence September 29, 2008. On September 24, 2008, the parties submitted their proposed **Final Pretrial Order** [#81], which they approved. Nonjury trial was conducted on September 29 and 30, and October 1, 2008.

Fed.R.Civ.P. 16(e) contemplates a final pretrial conference, which under Fed.R.Civ.P. 16(d) results in the entry of a final pretrial order that controls the course of the action unless modified to prevent manifest injustice. Fed.R.Civ.P. 16(d) and (e). The proposed final pretrial order was approved and submitted by the parties with the expectation that it would be entered by the court and that it would control the course of the trial, unless modified to prevent manifest injustice. The proposed final pretrial order was necessary to recognize and marshal the substitution of Ursula D. Daberkow, Personal Representative of the Estate of Wayne D. Daberkow, Deceased, as the plaintiff in civil action 06-cv-01682-REB-MEH and the claim of Ursula D. Daberkow in civil action 07-cv-02477-MSK-CBS. The belated entry of the proposed final pretrial order will not cause any party to suffer any unfair prejudice or disadvantage.

**THEREFORE, IT IS ORDERED** that the **Final Pretrial Order** [#81] submitted September 24, 2008, is **ENTERED** *nunc pro tunc* to September 24, 2008.

Dated October 28, 2008, *nunc pro tunc* to September 24, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**